# civilian cover sheet

MAR 22 2024 PM4:46
FILED-USDC-CT-HARTFORD

*complainant*: sealed
county: hartford county
county where cause arose: hartford county

defendant: sealed
County/various: various

*Complainant* is a private civilian of the united states of america, residing within a non-military occupied private estate in and of the several states, beneficiary to the national interest of the District of Columbia charter.

ex parte
district court of the united states register of chancery
special cause, special session

nature of an original bill of equity for declaratory, special, general, and injunctory relief
to enforce express private trusts
Direct Judicial Power authorized by Article III and the laws of the United States
conferred by The Judiciary Act of A.D. 1789 § 11, § 16, § 20, first congress session one.
extra & special term.

Nature of bill is extraordinary under judicial power, special and private, restricted, and
confidential proprietary and privileged, not for publication
class action: no
dollar demand: allowed by law
jury demand: no

1

The Honorable Clerk and Master

district court of the united states for the district of connecticut
hartford, connecticut
united states of america

dear clerk,
the suit included herewith is a special cause relating to evidence and documents of a private proprietary and confidential nature. i request the following special requirements by this honorable court be met in order to protect and preserve the ends of justice and the rights and interests of the parties to this suit:

1. 1.    grant suitor leave of the court to enter into the exclusive original jurisdiction of equity and the administrative procedures act. of 1946.
2. 2.    seal the cause on the register in chancery.
3. 3.    comment suit and proceed under seal, ex parte.
0.    assign judge under authority of article III, §2, subd. 1 of this constitution for the united states of America.
1. 4.    schedule evidentiary hearing with judge in private chambers to enter private, proprietary evidence in support of the suit.
2. 5.    that the honorable court grant an immediate review determination.
3. 6.    issue process in the form of this court's subpoena.

the suit to be specially deposited on the record are included herewith as follows: 1) to enter into the original exclusive jurisdiction of this court and to seal ex parte, 2) original bill, 3) table of authorities, 4) law of the suit.

please contact me if i may be of any help to you or your staff. your prompt attention in this matter is greatly appreciated and i thank you in advance for your service in this cause.

yours truly,

chounlamontry, mike, *et al*
Suitor
c/o rural route delivery
pond street–two four three
new brtain, connectitcut [06051]
united states of America

# IN THE UNITED STATES DISTRICT COURT OF CONNECTICUT

MAR 22 2024 PM4:46
FILED-USDC-CT-HARTFORD

|  |  |
|---|---|
| **Mike Chounlamontry** ) | |
| ) | |
| **Arthur of the family Wittenberg Trustee** ) | |
| PLAINTIFF(s) ) | |
| ) | **Case No:** |
| vs. ) | |
| ) | Jury trial demanded |
| **JOSEPH M. SHORTALL d/b/a JUDGE** ) | |
| **Stan Moskowitz, CFO** ) | |
| DEFENDANT ) | |

## COMPLAINT FOR A CIVIL CASE

i.    **The Parties to This Complaint**
    A.    **The Plaintiff(s)**

**Mike Chounlamontry**
243 Pond Street
New Britain, Connecticut [06051]

    B.    **The Plaintiff**

**Arthur of the family Wittenberg Trustee**
(Private American National/Non- "U.S. citizen)
Rural Route Delivery
701 loyola avenue, unit 57867
new orleans, louisians 00000

ii.    **The Parties to This Complaint**
    A.    **The Defendant**

**JOSEPH M. SHORTALL d/b/a JUDGE**
20 Franklin Square
New Britain, Connecticut 06050

**iii.**

BILL IN EQUITY (Gibsons §1042) under the authority of Article III section 2 subdivision 1 of the constitution of united States of America. The complainant seeks extraordinary relief and invokes the court of Equity where matters of this and a similar nature are properly cognizable and receivable, **The "ADMINISTRATIVE PROCEDURES ACT AT 5 USC §551 et seq. (1946)** and **42 USC sec. 1983 civil rights lawsuit.** This Federal Law was "Enacted" into law in 1946, and the key to this law is it states the governments Administrative policies must be in harmony with the Constitution. The administrative procedures act mandates in part "Non-legislative rules" such as guidance, guidelines, agency staff manuals, staff instructions, opinion letters, and press releases are called "statements of policy" or "guidance." (The two terms are not synonyms, only closely correlated: statements of policy are almost always issued in

documents classified as guidance, and guidance documents to the public often include statements of policy.) Guidance and statements of policy are not legally binding on the public because they have not gone through the required procedures to become "legislative" regulations binding on the public (depending on the rule, hearing, notice, comment, publication). However, when stated in mandatory language, they can bind the agency itself. They have only hortatory effect on the public, the plaintiff is challenging the courts right to enforce the policy statement or guidance and to dismiss the Plaintiff's legal pleading without forcing the attorneys to prove jurisdiction on the court record to give the court jurisdiction to hear this dispute. The judge unlawfully dismissed the complainant's jurisdictional challenge with an affidavit without forcing the attorneys to prove jurisdiction. The complainant demands a Judicial review of the defendant's misconduct for abuse of discretion, as authorized by the US Administrative Procedures Act. of 1946.

**iv.**

The complainant Mike, of the family Chounlamontry, is a beneficially interested, private civilian, a connecticut national **(See Exhibit A)**, a private member of and heir to its posterity by virtue of my citizenship, residing within and upon a non-military occupied private estate and TRUSTEE, Arthur of the family Wittenberg, a Private American National/Non "U.S. citizen", Executor, Grantor, Settlor, Agent, and Beneficiary, of the Estate of ARTHUR WITTENBERG, one of we the people, the living man who is not dead or lost at Sea, MORE IMPORTANT, not the artificial entity known as ARTHUR WITTENBERG, but, the agent thereof. The "bill" that was accepted and conveyed through Trustee, of the family Wittenberg, Arthur, agent by SPECIAL DEPOSIT, for credit on account for settlement and closure of the account, per Article I, Section 10 of the constitution of the united States of America, is "FREEDOM MORTGAGE CORPORATION, #0108718925, including all securities, sureties, chattels, funds, assets and beneficial contracts on your balance sheet, jointly referred to as securities *pro tanto* in Equity."

The complainant Arthur of the family Wittenberg, is a beneficially interested, private civilian, a Louisiana national **(See Exhibit A-1)**, a private member of and heir to its posterity by virtue of my citizenship, residing within and upon a non-military occupied private estate.

0.  a.  complainants has a conflict of variance between rules of equity and rules of the common law,
1.  b.  complainants has their civilian right to account for the rents and profits to be applied to the debt and a reconveyance; and
2.  c.  complainants has their civilian right of the equity of redemption in Account #0108718925, the law governing this suit shall be under the jurisdiction of exclusive/inherent Equity and Maxims.

3.  d.    complainants has a conflict of variance between rules of the Administrative Proceedues Act. of 1946

The complainants respectfully shows to the Court:

**v.**

The complainant's Names are held in trust and any misnomer or simile being compared to or treated as the same Name as that of the complainant's is a trespass against the beneficial interest the complaint holds and by such the complaint seeks an injunction against any and all collection activities of the Defendant and that the Defendant be estopped from proceeding further until they show what interest they hold in said Name and if any interest lies then by what privity their interest is higher than the complainant's and in regards to misnomers being used the complaint seeks an attachment of their beneficial interest to any and all misnomers being used by the Defendant and that a receiver be appointed to hold all trust property until an accounting can be made on behalf of the complainant's equitable interests in these matters to further prevent including but not limited to any trespass of complainant's rights or property, loss of enjoyment or possession, or any other wrong known or unknown to the complainant.

**vi.**

The Defendant **JOSEPH M. SHORTALL d/b/a. JUDGE** is now being sued as an individual,  this 2.5 MILLION DOLLAR CLAIM AGAINST JOSEPH M. SHORTALL d/b/a JUDGE, FOR VIOLATION OF THE ADMINISTRATIVE PROCEDURES ACT OF 1946, OBSTRUCTION OF THE ADMINISTRATION OF JUSTICE, AND VIOLATION OF CONSTITUTIONAL RIGHT UNDER COLOR OF LAW FOR MAKING A DETERMINATION WITHOUT DUE PROCESS OF LAW TO GRANT A UNJUST ENRICHMENT. Because he stepped outside of his official capacity to help, aid, or assist fellow BAR members in a case that came before his office. **FREEDOM MORTGAGE CORPORATION** (FMC), brought a  Civil Action against the complainant in the SUPERIOR COURT J.D. OF NEW BRITAIN before Joseph M. Shortall d/b/a, judge, Case number HHB-CV-22-6071564-S, and where Joseph M. Shortall d/b/a, judge, deliberant indifference to the law and the rules took upon himself to operate outside of the scope of his official capacity, who in that case continued to display his deliberate indifference to the law and provide an unfair advantage for fellow BAR members, namely the attorneys Jeffrey M. Knickerbocker, Dominick Neveux, employees of **Bendett & McHugh, P.C.,** or **Brock & Scott,** (the firms name changes depending on the narrative or agenda they are promoting at the time) nonetheless, **they** claimed to be representing **FMC,** Stan Moskowitz, CFO, although there is no supporting documentation signed by either Stan Moskowitz, CFO, or any other executive officer of the

5

company known as **FMC,** filed in that matter. Even when the complainant demand that the SUPERIOR COURT J.D. OF NEW BRITAIN follow the rules, statues, and guidelines of the laws that govern the Court, through a Jurisdictional Challenge with Affidavit, that request went ignored by Joseph M. Shortall d/b/a, judge, who allowed the attorneys not to answer the complainants Affidavit, or be accountable for the wrongful action and offense to the rules and laws of both the state of Connecticut, and the Constitution for the state of Connecticut, making Joseph M. Shortall d/b/a, judge, impartiality in the matter reasonably questioned, due to his personal bias and prejudice to the complainant simply because Joseph M. Shortall d/b/a, judge, believed Mike Chounlamontry, could not speak English which was demonstrated and displayed through the STATE CASE, making a mockery of justice concerning the matter, more importantly he lied from the bench to aid and assist fellow BAR members commit Realestate deed fraud by claiming to see documents that were not, and was never filed in the case by the Defendant namely (1) the Original Promissory Note, (2) the original contract, (3) A affidavit from Stan Moskowitz, CFO, or anyone with firsthand knowledge of an alleged breach and default for (FMC) or (4) A signed agreement between Jeffrey M. Knickerbocker, Dominick Neveux, and/or the Law Office of BENDETT & McHUGH, PC,. Therefore A NOTICE OF CLAIM AGAINST Joseph M. Shortall d/b/a, judge, (Court docket; line 143.00), was filed in that matter, Joseph M. Shortall d/b/a, judge, knowingly violated the "**Administrative Procedures Act of 1946** and **Obstructed the Administration of Justice**. Joseph M. Shortall d/b/a, judge, also violated the following criminal statutes in his judgment related in this case including but not limited to: 18 USC § 241, Conspiracy Against Rights; 18 USC § 242, Deprivation of Rights Under Color of Law; 18 USC § 1505, Obstruction of Justice; 18 USC § 371, Conspiracy to Commit Offense; 28 USC§ 535(b) (1) when he took unlawful jurisdiction without Due Process of Law to establish proper Subject Matter Jurisdiction and ordered that the Possession of the Defendants homestead be GRANTED to the complainants in this instant case. The complainant claim of alleged ownership was granted without any verifiable documentation, to validate or support the complainants accusation. Although the Defendants have provided the court with an abundance of conflicting evidence to support the contrary. It appears Joseph M. Shortall, d/b/a, judge, is assisting fellow B.A.R. member injure the Defendants by allowing B.A.R. members, to validate their claim with only councils statements and/or word of mouth, as if the attorneys words are factual, this can only be seen as the court is allowing the attorney to testify, an act that is not allowed under Connecticut laws or rules; 3. 7, then this court granted the then complainant an Unjust Enrichment, CASE NO. HHB-CV-22-6071564-S. complainant is also seeking relief; the judgment that's based on a manifest error of the law and Joseph M. Shortall, d/b/a/, judge, willfully and wrongfully applied

the law, and consciously misapplied the RULES of Procedures and Due Process, as they pertain to the case, therefore the complainant filed the action on the Court Records. The complainant, who is supposed to be protected under the Constitution of the United States of America, for Due Process of the Law, but Joseph M. Shortall, d/b/a/, judge, grossly abused his authority and violated, his oath of office allowing the matter to be pushed through the court without proper adjudication, making it almost impossible for the complainant to receive a fair and impartial trial, mostly because Joseph M. Shortall d/b/a, judge, truly believed Mike Chounlamontry, could not speak English, Joseph M. Shortall, d/b/a/, judge, had the habit of rewarding the attorneys deceptive practice, and allowing them to illegally move the state case through the foreclosure process, without proper evidence or documents filed to provide the court with legal jurisdiction. Instead, Joseph M. Shortall, d/b/a/, judge, aided fellow BAR members, to deceive the Court, cover-up and hide, they're **unclean hands** with fraud and deception by turning a blind eye to the attorneys wrong doing and ignoring the rules and the laws, allowing a case to continue even with the conflicting evidence in hand that clearly proved FMC's attorney claims to money damages to be false and inaccurate, evidence that proved FMC received lawful Tender with silver coins and check for the funded account "DEED OF TRUST-INSTRUMENT NUMBER 0108718925, PRINCIPAL AMOUNT OF $211,531.31, IN FAVOR OF FREEDOM MORTGAGE CORPORATION, BY THE PRIVATE DEED BILL OF CONVEYANCE, TENDER WITH CONSIDERATION TO STAN MOSKOWITZ, CFO, FREEDOM MORTGAGE CORPORATION" mailed directly to Stan Moskowitz, via Overnight Express Mail  from the United State Postal Service, and witnessed by the Department of the Treasury, **(see EXHIBIT B), (B-1), and (B-2),** the state case proceeded with very little participation, from the complainant, and without proper court process or timely scheduled hearings, due to the fact that the complainant would only receive a email notice from the Clerk of Court normally the Friday prior to a HEARING to be heard on Monday. Clearly ignoring the Rules of Civil Procedure, local or Federal, and most importantly, without any service on the complainant then Defendant, and when motions were filed opposing the moving actions and requesting hearings on such, they were all DENIED with no conclusive law to support the courts decision to DENY the motions. In fact when you examine the court records it reflects that the original Service Process of the state court case indicates service was perfected before the case was ever filed. (HOW DID THAT HAPPEN or can be POSSIBLE) **(see EXHIBIT C)** and **(C1),**

Conspiracy to Commit Offense; 28 USC§ 535(b). The following are a few of the many unjust actions that occurred to the complainant, and in support states

1. **On April 4, 2022**, Plaintiff then Defendant, filed an answer to the sham pleading submitted by the Defendant then Plaintiff, who is operating as a third party debt collector claiming to be owed a debt with no contract or supporting evidence, the Plaintiff then Defendants answer to the complaint requested that the Defendant then Plaintiff answer the Jurisdictional Challenge filed on the court records, said document was also sent to William Tong, Connecticut Attorney General, Dominick Neveux, and FREEDOM MORTGAGE CORPORATION.

*(said Jurisdictional Challenge went unanswered and is still unanswered to this date by all parties)*. (Court docket; line 103.00)  **(see EXHIBIT D) court dickey**

2. **On April 20, 2022**, Plaintiff then Defendant filed a **MOTION TO MOOT ALL PLEADING FILED BY THE ATTORNEYS UNTIL THE ATTORNEYS PROVE SUBJECT MATTER JURISDICTION ON THE COURT RECORD**, this was filed in Court and also sent to William Tong, CT Attorney General, Dominick Neveux and FREEDOM MORTGAGE CORPORATION and on April 26, 2022, the Defendants then alleged Plaintiff (FMC) filed an OBJECTION stating *"the Plaintiff then Defendant claims Lack of Subject Matter Jurisdiction and cites a laundry list of cases, many of which are out of state, in an effort to convince the court to grant such a motion. However, the Plaintiff then Defendant does not provide evidence which demonstrates that there is a genuine issue of material fact as to the Defendant then alleged Plaintiff (FMC) standing or challenge to subject matter jurisdiction"* **(How is this factual when the Plaintiff then Defendant was opposing the Claim of Default?)** *The (FMC) alleged attorney filed with his OBJECTION a* **Certificate of service**, *However, NO MAIL WAS RECEIVED by the Plaintiff then Defendant demonstrating the Defendant then alleged Plaintiff (FMC) opposition to the motion filed. The Plaintiff then Defendant could not and did not reply.* Have Joseph M. Shortall, d/b/a/, judge, and the attorney forgotten the fact that Federal and Supreme Court rulings has precedence over state court cases and the fact that the burden of proof of any Complaint falls on the Complaining party and not the Defendant, in a matter brought before the Court, a Defendant has the every right under the RULES of DISCOVERY, to question and examine any document in a matter before the Court. (Court docket; line 109.00)

3. **On Friday May 6, 2022**, the Plaintiff then Defendant filed a rebuttal to the Defendant then alleged Plaintiff (FMC), objection after learning one day earlier that the Defendant then alleged Plaintiff (FMC) objection to the **MOTION TO MOOT ALL PLEADING FILED BY THE ATTORNEYS UNTIL**

**THE ATTORNEYS PROVE SUBJECT MATTER JURISDICTION ON THE COURT RECORD**, during a visit to the Clerks office trying to get a copy of any evidence and documents the Defendant then alleged Plaintiff (FMC) attorney may have entered in this matter, the Plaintiff then Defendant obtained a copy of the then Plaintiffs response from the Clerks office and filed the response and a MOTION FOR A HEARING ON THE JURISDICTIONAL CHALLENGE WITH AFFIDAVIT on the same day.

4. **On Monday May 23, 2022**, the Plaintiff then Defendant MOTION FOR A HEARING ON THE JURISDICTIONAL CHALLENGE WITH AFFIDAVIT, was DENIED by Julia Aurigemma.  Although the rules mandates the case should have stoped until the action was complete. (Court docket; line 109.00)

5. **On Friday May 13, 2022**, Plaintiff then Defendant MOTION FOR SUMMARY JUDGMENT, because the (FMC) attorney did not answer THE JURISDICTIONAL CHALLENGE WITH AFFIDAVIT but, that motion went unanswered by the Defendant then alleged Plaintiff (FMC) attorney to this day, then over 8 months later with no answer from the Defendants then alleged Plaintiff (FMC), Joseph M. Shortall, d/b/a/, judge, **DENIED** the Plaintiff then Defendants MOTION FOR SUMMARY JUDGMENT, on Monday January 30, 2023. This action is not permissible under the rules of Professional Conduct, and the laws of the state of Connecticut  (Court docket; line 110.00, 110.01. 110.2, 110.03)

6. **On Tuesday October 4, 2022**, the Plaintiff then Defendant filed a **MOTION FOR EXTENSION OF TIME** after learning once more in the Clerks office that the Plaintiff filed a motion but, did not mail out any correspondence to the Defendants on the SUMMARY JUDGMENT, they filed on August 31, 2022. *The Plaintiff then Defendant decided to take a thorough look through all documentations and the few pieces of mail they did receive from the Defendant then alleged Plaintiff (FMC), to see if maybe there was something missed or overlooked on their part.* ***The Plaintiff then Defendant notice the signature on the green Return receipt card from the post office that the complainant filed in this case was not the Defendant and that the last name was spelled wrong,*** *the Plaintiff then Defendant paid a visit to two post office's and discovered that letter was mailed with no house number, only the street name, city, and state code, the post office provided the Plaintiff then Defendant with a copy of the post office master sheet that show how the letter was actually mailed out to the Defendant then alleged Plaintiff (FMC); that documentation was provided to the court as evidences to support the Plaintiff then Defendants request for the extension but, said **MOTION WAS DENIED**, once again by Joseph M. Shortall, d/b/a/, judge, on*

9

*Monday October 24, 2022.* Shortly there after the defendant received multiple pieces of mail from both the court and the attorney in regards to court ORDERS and motions and response to motion that the Plaintiff then Defendant never received prior to that date. (Court docket; line 116.00)

7. **On Monday October 24, 2022**, even with the evidence of mail tampering on the part of the then Defendant, was shown to the Court in support of the Plaintiff the Defendants request for the extension due to the Defendant then Plaint deceptive practice, Joseph M. Shortall, d/b/a/, judge, sustained the motion filed by the Defendant then Plaintiffs. (Court docket; line 116.00)

8. When Arthur of the family Wittenberg file a MOTION TO INTERVENE, it was DENIED by Joseph M. Shortall, d/b/a/, judge, without any conflicting evidence or Affidavit from anyone to support (FMC), only a statement from the attorney who is barred from testifying. (Court docket; line 129.00, 129.01)

### Attorneys Cannot Testify:

Statements of counsel in brief or in argument are never facts before the court. No attorney can state a fact before the court. This was more than adequately pointed out in 2000 when thousands of Florida ballots were taken before the U.S. Supreme Court, without even so much as one competent fact witness. Without a witness the court could not see the ballots, the ballots were not before the court, and the ballots could not be introduced as evidence.

Before any determination, there must be a court of complete or competent jurisdiction.

a. There must be two parties with capacity to be there.

b. There must be subject matter jurisdiction.

c. Appearance or testimony of a competent fact witness.

Without jurisdiction, complete jurisdiction, no court can issue a judgment that is not void, a nullity, without force or effect, on its face and in fact. Lawyers and attorneys are NOT licensed to practice law the nature of lawyer- craft in America as per the United States Supreme Court; The practice of Law CAN NOT be licensed by any state/State. (Schware v. Board of Examiners, 353 U.S. 238, 239).

The injuries suffered by the complainant in that instant matter were deliberate and willfully carried out by the hands and actions of Joseph M. Shortall, d/b/a/, judge, causing irreparable harm to the complainant. Now

the Defendant FMC, and their attorney are claiming to have the right to Sell, the Plaintiffs homestead through the illegal foreclosure case due to the wrongful actions and RULING of one Joseph M. Shortall, d/b/a/, judge, who deceitfully told the Plaintiff he could file for Appeal after the Defendant conducted a wrongful and illegal foreclosure Sell of the physical property recorded on the Land Records as 243 Pond Street, New Britain, Connecticut 06051, on a matter that has not been properly adjudicated on its merits and therefore the Complainant initiated the following actions.

Complainant sent via USPS Mail, the Conditional Acceptance, was sent directly to FMC, Stan Moskowitz, CFO, providing 30 days for the party to answer and highlighting the grounds on which the parties shall agree that clearly states,  **(see EXHIBIT E)**

*"Be It Known: "The Condition Acceptance" to your Offer establishes a Common Law Contract between us under the Postal rule, which states:*

*"The Postal rule (also known as mailbox rule or "deposited acceptance rule") is a term of common law-contract which determines the timing of acceptance on an offer when mail is contemplated as the medium of acceptance. The general principle is that a contract is formed when acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The mailbox rule provides that the contract is formed when a property prepaid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as implied agent and thus receipt of the acceptance by the post office is regarded as that of the offer. The main effect of the mailbox rule is that the risk of acceptance being delivered late or lost in the post is placed upon the offeror.  If the offeror is reluctant to accept this risk, he can always require actual receipt being legally bound."*
This action was mail to be witnesses by those listed, and will be call upon to testify:

1.     Merrick -E: Family of Garland, United States Attorney General
       U.S. Department of Justice
       950 Pennsylvania Avenue. NW
       Washington, DC 20530-0001


2.     William: Family of (Tong) Virginia States Attorney General
       165 Capital Avenue
       Hartford, Connecticut 06106

Defendant FMC, Stan Moskowitz, CFO, did not return or respond to the Complainants Conditional Acceptance. **(Exhibit E)**.

Once more on December 23, 2023, Complainant attempt to correspond with Defendant FMC via USPS Overnight Express Mail, this time with a NOTICE TO CLAIM TO INTEREST, directly to FMC, Stan Moskowitz, CFO,.

Defendant FMC, Stan Moskowitz, CFO, did not return or respond to the Complainants NOTICE TO CLAIM TO INTEREST. **(Exhibit F)**.

Complainant on January 9, 2024, for a 2nd time sent NOTICE TO CLAIM TO INTEREST, directly to FMC, Stan Moskowitz, CFO,.

Defendant FMC, Stan Moskowitz, CFO, did not return or respond to the Complainants NOTICE TO CLAIM TO INTEREST. **(Exhibit G)**

Complainant on January 18, 2024for a 3rd time sent NOTICE TO CLAIM TO INTEREST, directly to FMC, Stan Moskowitz, CFO,.

Defendant FMC, Stan Moskowitz, CFO, did not return or respond to the Complainants NOTICE TO CLAIM TO INTEREST. **(Exhibit H)**

It now stands without question and made abundantly clear that the Defendant FMC, and Stan Moskowitz, CFO, has no interest in the property, and have no intentions of complying with, or performing to the obligation of the company or their executive duties as officers nor with the demands of the correspondence that was sent by the Complainant via the United States Postal Service, because there is no answer that would explain the derelict of Fiduciary Duties, and thus the Defendant stands with unclean hands, and therefore has breach and/or abandon his office and duties as an executive officer pursuing to Article 2. Fiduciary Duties and Judicial Review, **§ 64.2-1036. Fiduciary duties; general principles, and the Federal Reserve act, section 29.**

**vii.**

**Unjust Enrichment:**

7.1 The Plaintiff (Freedom Mortgage Corporation) in that case has been fully and completely satisfied for the same debt they were claiming was owed in a civil action on Aril 12, 2022, **IN THE SUPERIOR COURT J.D. OF NEW BRITAIN.**

7.2 The Plaintiff, caused their Trustee, Arthur of the family Wittenberg, to extinguished the alleged debt, associated with the loan instrument number; 0108718925, that was created from the Original Promissory NOTE, in favor the (FMC), on Aril 12, 2022. Instead, Joseph M. Shortall, d/b/a/, judge, aided fellow BAR members, to deceive the Court, cover-up and hide, they're **unclean hands** with fraud and deception by turning a blind eye to the attorneys wrong doing and ignoring the rules and the laws, allowing a case to continue even with the conflicting evidence in hand that clearly proved FMC's attorney claims to money damages are false and inaccurate, evidence that proved FMC received lawful Tender with silver coins and check for the funded account "DEED OF TRUST-INSTRUMENT NUMBER 0108718925, PRINCIPAL AMOUNT OF $211,531.31, IN FAVOR OF FREEDOM MORTGAGE CORPORATION, BY THE PRIVATE DEED BILL OF CONVEYANCE, TENDER WITH CONSIDERATION TO STAN MOSKOWITZ, CFO, FREEDOM MORTGAGE CORPORATION" mailed directly to Stan Moskowitz, via Overnight Express Mail through the United State Postal Service, and this act is witnessed by the Department of the Treasury, **(see EXHIBIT I), (I-1), and (I-2)**.

7.3 The Defendant, would be unjustly enriched at the Plaintiff sole expense if the Denfendants are allowed to retain the payment and the benefit of the physical property as well. See Cove V. Wallen, 2020 Va. Cir. LEXIS 31 (Fairfax City. Cir. Ct. Mar. 11, 2020

7.4 The docket sheet will also show on 03/24/2022, 2 SUMMONS Issued as to Mike Chounlamontry, and Outtama Chounlamontry and handed to John I. Fiorillo, a Connecticut State Marshal for service.

7.5 On 03/24/2022 the SUMMONS Returned Executed, but, do not state said summons were serviced person to person, only state "by virtue hereof, and by direction of the Plaintiffs attorney, he left a true and asserted verified copy of the within original JD-CV-10 NOTICE, FORECLOSURE MEDIATION NOTICE TO HOMEOWNER OR RELIGIOUS

13

ORGANIZATION, FORECLOSURE MEDIATION CERTIFICATE, APPEARANCE, FORECLOSURE MEDIATION NOTICE OF COMMUNITY-BASED RESOURCES, MEDIATION INFORMATION FORM, WRIT, SUMMONS, COMPLAINT, STATEMENT OF AMOUNT TI DEMAND and EXHIBIT at the usual place of abode of the within named Defendant with my doing hereon endorsed." This act confirming he did not effect service and he supposed to have left this information at the addresses noticed on the summons. However, this is not how the Defendants learned of this civil action, The Defendant learned of this instant case when Defendant Mike Chounlamontry, was given a weatherbeaten an animal mangled paper from a neighbor in his block who said it looked like it could have been a summons.

7.6 Defendant Mike Chounlamontry, went to the New Britain Court with a translator, to search the court recorcd and obtained a copy of the complaint, with the question was asked to the Clerk, Was there any other document or exhibits filed with the summons, the Clerks assistance replied " the document that appear is what was filed by the attorney and the attorney did not have to include any Exhibits with the complaint". Although, the docke1 sheet clearly shows the Defendants had been served.

7.7 Defendant Mike Chounlamontry, filed an answer and other accompanying MOTIONS, on 4-8-2022; JURISDICTIONAL CHALLENGE WITH AFFIDAVIT, which is still unanswered, to this current date and a MOTION TO MOOT ATTORNEY PLEADINGS UNTIL SUBJECT MATTER JURISDICTION HAS BEEN PROVEN ON COURT RECORD See Exhibit A, a copy of the docket sheet showing the filing of the Defendants MOTIONS. Whereby, the Defendants MOTION FOR A HEARING ON THE JURISDICTIONAL CHALLENGE WITH AFFIDAVIT, was DENIED, by Julia Aurigemma, on 05-23-2022. This has been the pattern of this court from this point forward, the court has DENIED or set -OFF, the MOTIONS filed by the Defendants in this court.

7.8 Defendant Mike Chounlamontry, filed a MOTION TO DISMISS due the Plaintiff not answering the JURISDICTIONAL CHALLENGE WITH AFFIDAVIT, that was DENIED by Joseph M. Shortall, d/b/a, judge, on 01-30-2022.This has been his pattern of this court from this point forward.

14

7.9 The docket sheet shows there is no answer filed, to the Defendants JURISDICTIONAL CHALLENGE WITH AFFIDAVIT, in the case providing the court authority.

7.10 Joseph M. Shortall, d/b/a, judge, ,ruled without jurisdiction, and therefore the ruling is "void".

7.11 The fact the Joseph M. Shortall, d/b/a, judge, unlawfully Ruled on the matter, appears to be an attempt to move the case from "Common Law" over to "Admiralty" Jurisdiction without the Defendants consent.

7.12 Subject matter jurisdiction cannot be conferred by waiver or consent and may be raised at any time. Rodrigues v. State, 441 So.2d 1129 (Fla.App. 1983). "A court cannot confer jurisdiction where none existed an(i cannot make a void proceeding valid.

7.13 It is clear and well established law that a void order can be challenged in any court" OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907). "The law provides that once State and Federal Jurisdiction has been challenged, it must be proven." Main v. Thiboutot, 100 S. Ct. 2502 (1980).

### viii.

### Challenge of The Judge's Jurisdiction:

8.1 The Plaintiff the Defendant did request in MOTION that Jurisdiction be proven, and thus did not agree to allow jurisdiction to the court whereby Joseph M. Shortall, d/b/a, judge, acted without Jurisdiction and his judgment void.

8.2 The jurisdiction of a court over the subject matter has been said to be essential, necessary, indispensable an an elementary prerequisite to the exercise of judicial power. 21 C.J.S., "Courts,"§ 18, p. 25.

8.3 A court cannot proceed with a trial or make a judgment without such jurisdiction existing.

8.4 A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." Wuest v. Wuest, 127 P2d 934, 937.

8.5 It is elementary that the jurisdiction of the court over the subject matter of the action is the most critical aspect of the court's authority to act. Without it the court lacks any power to proceed; therefore, a defense base upon this lack cannot be waived and may be asserted at any time.

8.6 Matter of Green. 313 S.E.2d 193 (N.C.App. 1984). "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action." Melo v. US, 505 F2d 1026.

8.7 The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." Hagans v. Lavine, 415 U. S. 533.

8.8 The Plaintiffs did not provide proof of Subject Matter Jurisdiction, and therefore the Joseph M. Shortall, d/b/a, judge, acted without jurisdiction, and his judgment is void.

## ix.

## Jurisdiction:

9.1 The Constitution and 28 U.S.C. § 1332 vest federal courts with jurisdiction to hear cases that "arise under" federal law.

9.2 The Constitution vests federal courts with the authority to hear cases "arising under th[ e] Constitution [or] the Laws of the United States." U.S. Const. art III, § 2.

9.3 Congress vests federal district courts with subject-matter jurisdiction over cases involving questions of federal law: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

## x.

## Admiralty Jurisdiction

10.1 Admiralty law is the law of the sea; the United States' Constitution is the "supreme Law of the Land".

10.2 I have tried to find the law books explaining the admiralty jurisdiction on land and I have not located them, and therefore I'm at an unfair disadvantage in court.

10.3 The rules for sea do not apply to me because I'm not at sea and I did not consent to contract.

## xi.

## Elements for Common Law:

11 .1 Controversy (Parties below )

11.2 Specific Claim (Violation of the Federal Reserve Act, and 12 U.S.C. 12 § 1431 )

11.3 Specific Remedy Sought by Claimant (2.5 million dollars)

11.4 Claim Must be Sworn To (Affidavit of Verification attached), and I will verify in open court that all herein be true.

## xii

## Parties:

12.1 Mike Chunlamontry is a resident of Hartford County, Connecticut, and Arthur of the family Wittenberg.

12.2 Joseph M. Shortall, d/b/a, judge, sits on the bench in federal Court in the state of Connecticut.

12.3 The Defendant's Freedom Mortgage Corporation, and others listed in the civil action.

## xiii

## Detrimental Reliance:

13.1 Detrimental reliance is a legal concept under the law of contracts.

13.2 Ordinarily, a valid contract requires a proper exchange of consideration between the parties.

13.3 The Plaintiff alleges facts establishing detrimental reliance.

13.4 The contract providing jurisdiction to this court was not signed by any of the parties and is not filed in the case, and therefore the Defendant did not provide consent for the court involved in this case.

## xiv.

## Legal Prejudice

14.1 Legal prejudice refers to a condition shown by a party that will defeat the action of an opposing party.

14.2 In other words, it is a fact or condition which may defeat the opposing party's case, if the same is established or shown by a party to litigation.

14.3 The Defendants provided evidence in the notice of default document and the Deed of trust that will prove the power of sale was executed by an agent without standing. The Judge ignored the evidence and this prejudiced the Defendants and the defendants therefore request damages both compensatory and punitive as relief for the prejudice suffered.

## xv.

## The Judge Is In Conflict:

15.1 Joseph M. Shortall, d/b/a, judge, in this case has a conflict of interest as both are members of a secret society whereby belong to the same professional association.

15.2 The fact that Joseph M. Shortall, d/b/a, judge, and Attorneys always refuse to reveal the jurisdiction when asked shows the jurisdiction is a secret they do not want people to know about.

15.3 This means the Bar Association is, in fact, a secret society.

15.4 **If,** Joseph M. Shortall, d/b/a, judge, and the Attorney are Freemasons they would be part of the secret society and according to the HANDBOOK OF MASONRY by Ron Anyne, page 183: "You must conceal all the crimes of your brother Mason .... and should you be summoned as a witness against a brother Mason be always sure to shield him. It may be perjury to do this, it is true, but you're keeping your obligations." The Judges, alliance with the secret society and the B.A.R. association is a conflict of interest and any decisions must be vacated.

## xvi

## Count One:

16.1    Violation of the Administrative Procedures Act of 1946.

## Count Two:

16.2    Obstruction of the Administration of Justice.

## Count Three:

16.3    Violation of the 18 USC§ 241, Conspiracy Against Rights.

## Count Four:

16.4    18 USC§ 242, Deprivation of Rights Under Color of Law.

## Count Five:

16.5    18 USC § 1505, Obstruction of Justice.

## Count Six.

16.6    18 USC§ 371, Conspiracy to Commit Offense.

If a Plaintiff fails to answer the Jurisdictional Challenge With Affidavit, or file a motion to dismiss within the time limit set forth in the summons, the Plaintiff is in default. The Defendants requested that the court clerk make a note of that fact in the file, a procedure called entry of default. Entry of default means that because the Plaintiffs has failed to appear, the Plaintiffs should not be permitted to contest whether he or she is liable to the Defendants. Instead, the only question in dispute is how much the Defendants should receive in damages. Imperative judicial duties inherent in 18 USC § 4, 18 USC § 1505, and other statutes obligated Joseph M. Shortall, d/b/a, judge, to perform his mandatory duty to act without delay in the exceptional circumstances of this case. By and through his Judgment, Joseph M. Shortall, d/b/a, judge, unlawfully rendered assistance to the Defendants by allowing the defendants a second bite at the apple in a second chance to answer after the notice of default was filed in the court. Joseph M. Shortall, d/b/a, judge, possessed knowledge of the Plaintiffs failure to answer the Defendants Jurisdictional Challenge with Affidavit, and had a mandatory duty to administer statutes and laws established by the legislature, but maliciously neglected his judicial duties-which is treason. I effect, Joseph M. Shortall, d/b/a, judge, acted outside the scope of his judicial capacity to maliciously neglect Constitutional and statutory rights violations occurring to Defendants. Every one of these willful, prejudicial, and illegal acts and omissions favor the Defendant then Plaintiff to the detriment of the Plaintiff then Defendants and have without a doubt left Joseph M. Shortall, d/b/a, judge, impartiality in question. Statute 28 USC § 455expressly forbids a judge to continue under these circumstances. Levies war against them or adheres to their enemies, giving them aid and comfort within the United States, or elsewhere, is guilty of treason ... and shall be incapable of holding any office under the United States." Concurrently, Joseph M. Shortall, d/b/a, judge, malfeasance in public office demonstrates his allegiance to the B.A.R. Association and their unlawful designs against democracy in the United States.

Joseph M. Shortall, d/b/a, judge, willfully and knowingly turned a blind eye to the sadistic ritual abuse of the Defendants by maliciously neglecting his judicial duties. The record clearly reflects his prejudicial disposition toward the Plaintiff in his arbitrary decision making and malicious neglect of his mandatory duty to grant a default judgment where the defendants failed to answer.

The authorizing of deliberate deprivations and arbitrary decision-making by Government officials violates basic Constitutional norms. Furthermore, since statutory law is instructive to common law and Joseph M. Shortall, d/b/a, judge, violated several criminal statutes, he demonstrated extrajudicial conduct which will render his judgment void. The plaintiff will move the court for the settlement hearing, and is requesting the Judge to ORDER the Defendants to appear to discuss the settlement amount.

**xvii.**

The Complainant therefore prays:

1st, That subpoena to answer issue against the Defendant and that they be required to answer this bill fully;

2nd, that the Defendant be restrained by injunction from any and all collection activity against complainant, without leave of your Honor;

3rd, that an attachment issue by order or decree of your Honor and levied against all the above described property of the defendant in which the complainant holds an equitable interest;

4th, cancel a void or voidable note or other instrument, that may be used in the future to complainant's detriment;

5th, remove clouds from complainant 's title;

6th, where the complainants is secondarily liable for any debt, they may bring their principal and the creditor into Court, and have a decree against their principal and themselves and in favor of the creditor for the debt, and if the creditor has any collateral security, or any lien of any sort, to secure such debt, the complainant may have such collateral or lien applied to the payment of the debt and satisfaction of said decree;

**xviii.**

7th, that the Defendant be required on oath to make full, true, direct and perfect answer to all and singular the matters aforesaid, according to the best of their knowledge, remembrance, information and belief; and that they specially answer, and set forth, whether they or anyone else hold any interest in the name mike chounlamontry, what interest if any they hold, and what that privity is if any;

8th, that the Defendant set forth in his answer, a full, true and particular account of all moneys received, collected, or in any way obtained, including but not limited to received by any guardian, administrator, partner, agent or trustee and that all the rents and profits received, or that might, by due diligence, have been received, from the property hereinabove described; and that the Master be ordered to take and state

an account of all the dealings concerning the complainant's beneficial interests so as to show the full and true amount due complainant, by reason of the premises.

### xix.

9th, The Complainant prays also for such further and other relief as the nature of his case may require, notwithstanding the violation of 12 USC §1431, that will be addressed in a separate matter that will come before the Court.

### xx.

Mike Chounlamontry, and Arthur of the family Wittenberg, makes oath that they are familiar with the facts and statements in the foregoing bill and that they are true to the best of our knowledge and information and belief. Peacefully affirmed, declared, and done, in the light of this the eighteenth day of March, two thousand Twenty-four, I set my autograph and seal below in execution of the above

Executed by:_____

chounlamontry, mike, *et al*
Suitor
c/o rural route delivery
Pond street–two four three
New britain, connecticut  [06051]
united states of America.
noncommercial, nonresident, nondomestic

Executed by:_____

### ix. Jurat

Subscribed and affirmed, or sworn to before me, this 22nd day of March, 2024.

My Commission Expires: 12\31\2026

MATTHEW DAVID MULHALL
Notary Public
Connecticut
My Commission Expires Dec 31, 2026

_____
Notary Public

_____  3-22-24    Michael Winto
1st Witness Signature              Date          1st Witness Name

_____  3/22/24    Shayla Aquino

22

2nd Witness Signature     Date    2nd Witness Name

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been furnished, by USPS 1st Class Certified Mail postage prepaid, this    , day of May 2024 to:

 Serve through Register Agent of:
**JOSEPH M. SHORTALL d/b/a JUDGE**
20 Franklin Square
New Britain, Connecticut 06050

23

Exhibit A
1 of 1

# UNITED STATES OF AMERICA AFFIDAVIT OF CITIZENSHIP

**STATE OF CONNECTICUT**
**COUNTY OF HARTFORD**

I, the Affiant, who goes by Mike Chounlamontry, a man, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of Connecticut, in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and States: I'm a citizen of the United States of America and give legal notice to law enforcement agents and officers of the court you are hereby notified that the holder of this document is not under your jurisdiction, and an official diplomatic representative of the Republic State of Connecticut, and must be given due respect and freedom from local, county state and U. S. statutes codes rules and regulations. Failure to do so will result in human rights violation under international law.

I was born in the Republic State of Connecticut, which makes me a Citizen of all states, and one of the people, and a beneficiary of, the republic U.S.A. constitution of 1789/1791. This affidavit is made for the sole purpose of reclaiming my citizenship, my passport and birth certificate will be used to certify my state citizenship **(these documents will be filed in court when they arrive)**. A State Citizen has absolute freedom and liberty protected by our founding documents. The birth certificate attached and or a copy of my state passport will verify that I was born in the Republic State of Connecticut. I'm not a citizen of the federal corporation the District of Columbia, also known as USDC or the UNITED STATES. The term **"United States" means— (A) a Federal corporation;** see 28 USC 3002 (15), a U.S. citizen is a legal fiction / U.S. corporation and has no rights secured by the constitution. A State Citizen is a Citizen of the United States. But **not** the same as a 14th amendment "Citizen of the United States". And the 14th amendment fell two states short of being ratified. So it does not lawfully exist. A 14th amendment citizen is born in the United States which is a federal territory and subject to congress. This is not the same as being born in one of the several states of the Union. **The United States of America is the dejure republic government, <u>not the</u> United States which is the corporation.** The preamble to the constitution establishes the United States of America, not the United States. So we have

LAMAR COUNTY, GA, SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
NOV 13 2018 AT 10:15 A M
BPA BOOK 91 PAGES 829
*Bleccou*
DEPUTY CLERK

# <u>Declaration of Status of arthur: wittenberg</u>

Original Document (Total of 31 Pages)

*Exhibit A1*

*1 of 1*

## <u>Restoration of Former Status</u>

## From Being a Public "United States" citizen

Federally-owned "U.S. citizen" as of March 9, 1933 and
Taxpayer/Bondman put to Tribute as of January 1, 1939

## To Becoming Once Again

## A Pre-March 9, 1933, Private Citizen of the United States Private American National/Non- "U.S. citizen"

## Under Section 1, 14th Amendment; Constitution of the United States of America

*"Art thou called being a servant? Care not for it:*
*But if thou mayest be made free, use it rather."*
*I Corinthians 7:21*

**arthur: wittenberg, Louisiana National**
Pre-March 9, 1933, Private Citizen of the United States/
Private American National/Non- "U.S. citizen"
Private Citizen of the Republic of Maryland
Special and Private Resident of the County of Prince Georges
Fort Washington, Maryland
Zip Code Excepted

Georgia, Lamar County
I hereby certify the within and foregoing to be
a true, correct and complete copy of the original
that appears of record in this office.

This ___ day of _____ 20__
_____
Deputy Clerk, Lamar Superior Court

CLERK SUPERIOR COURT

Page 1 of 3

 **State of Connecticut Judicial Branch**
# Superior Court Case Look-up


**Superior Court Case Look-up**
 Civil/Family
 Housing
 Small Claims

Attorney/Firm Juris Number Look-up ↗

Case Look-up
 By Party Name
 By Docket Number
 By Attorney/Firm Juris Number
 By Property Address

Short Calendar Look-up
 By Court Location
 By Attorney/Firm Juris Number
 Motion to Seal or Close
 Calendar Notices

Court Events Look-up
 By Date
 By Docket Number
 By Attorney/Firm Juris Number

Legal Notices

Pending Foreclosure Sales ↗

Understanding
Display of Case Information

Contact Us



Comments

**HHB-CV22-6071564-S**      **FREEDOM MORTGAGE CORPORATION v. CHOUNLAMONTRY, MIKE Et Al**

**Prefix/Suffix:** [none]   **Case Type:** P00   **File Date:** 03/24/2022   **Return Date:** 04/12/2022

| Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help |

Pending Foreclosure Sales         To receive an email when there is activity on this case, click here. ↗

**Information Updated as of:** 03/21/2024

| Case Information |
|---|

|  |  |
|---|---|
| **Case Type:** | P00 - Property - Foreclosure |
| **Court Location:** | NEW BRITAIN JD |
| **Property Address:** | 243 Pond Street, New Britain, CT 06051 |
| **List Type:** | No List Type |
| **Trial List Claim:** | |
| **Last Action Date:** | 03/13/2024  (The "last action date" is the date the information was entered in the system) |

| Disposition Information |
|---|

|  |  |
|---|---|
| **Disposition Date:** | |
| **Disposition:** | |
| **Judge or Magistrate:** | |

| Party & Appearance Information |
|---|

| Party | | No Fee Party | Category |
|---|---|---|---|
| **P-01** | **FREEDOM MORTGAGE CORPORATION**<br>**Attorney:** ℮ BROCK AND SCOTT PLLC (439942)   File Date: 08/10/2023<br>270 FARMINGTON AVENUE<br>SUITE 151<br>FARMINGTON , CT 06032 | | Plaintiff |
| **D-01** | **MIKE CHOUNLAMONTRY**<br>**Self-Rep:** 243 POND STREET   File Date: 04/08/2022<br>NEW BRITAIN, CT 06051 | | Defendant |
| **D-02** | **OUTTAMA CHOUNLAMONTRY**<br>**Self-Rep:** 243 POND STREET   File Date: 04/11/2022<br>NEW BRITAIN, CT 06051 | | Defendant |
| **O-01** | **MOTION TO INTERVENE**<br>Non-Appearing | | Intervening Entity |
| **O-02** | **COMMITTEE**<br>**Attorney:** ℮ KATHERINE ANDERSON DORNELAS (439056) File Date: 02/05/2024<br>106 FARMINGTON AVE<br>SUITE 2A<br>NEW BRITAIN , CT 06053 | | Committee |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an ℮ in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more

information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| | | | Motions / Pleadings / Documents / Case Status | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 03/24/2022 | P | **SUMMONS** 📑 | |
| | 03/24/2022 | P | **COMPLAINT** 📑 | |
| | 04/08/2022 | | **APPEARANCE** 📑 | |
| | 04/11/2022 | | **APPEARANCE** 📑 | |
| | 05/05/2023 | | **APPEARANCE** 📑 | |
| | 08/10/2023 | P | **APPEARANCE** 📑<br>Appearance | |
| | 02/05/2024 | O | **APPEARANCE** 📑<br>Appearance | |
| 100.30 | 03/24/2022 | P | **RETURN OF SERVICE** 📑 | No |
| 101.00 | 03/24/2022 | P | **FORECLOSURE MEDIATION PLAINTIFF'S COMPLIANCE WITH SERVICE (NO DOCUMENT)** | No |
| 101.25 | 03/24/2022 | C | **FORECLOSURE MEDIATION – ELIGIBLE CASE (NO DOCUMENT)** | No |
| 102.00 | 03/25/2022 | C | **FORECLOSURE MEDIATION-COMPLIANCE WITH P.A.09-209 (NO DOCUMENT) SEE FORM# JD-CV-109** | No |
| 103.00 | 04/08/2022 | D | **ANSWER** 📑 | No |
| 104.00 | 04/20/2022 | D | **MOTION FOR ORDER** 📑 | No |
| 105.00 | 04/28/2022 | P | **OBJECTION TO MOTION** 📑<br>Objection to Motion for Order<br>*RESULT:* Off 5/16/2022 HON JOSEPH SHORTALL | No |
| 105.01 | 05/16/2022 | C | **ORDER** 📑<br>*RESULT:* Off 5/16/2022 HON JOSEPH SHORTALL | No |
| 106.00 | 04/28/2022 | C | **FORECLOSURE MEDIATION TIME PERIOD EXPIRED** | No |
| 107.00 | 04/29/2022 | P | **AFFIDAVIT OF COMPLIANCE WITH EMAP** 📑 | No |
| 108.00 | 05/06/2022 | D | **REPLY** 📑<br>Response to Plaintiff's Obj. of Def Motion to Moot | No |
| 109.00 | 05/06/2022 | D | **MOTION - SEE FILE** 📑<br>Motion for Hearing on Jurisdiction Challenge w Aff<br>*RESULT:* Denied 5/23/2022 HON JULIA AURIGEMMA | No |

| | | | | |
|---|---|---|---|---|
| 109.01 | 05/23/2022 | C | **ORDER** 📑<br>*RESULT:* Denied 5/23/2022 HON JULIA AURIGEMMA | No |
| 110.00 | 05/13/2022 | D | **MOTION TO DISMISS** 📑<br>*RESULT:* Denied 1/30/2023 HON JOSEPH SHORTALL | Yes |
| 110.01 | 10/31/2022 | C | **ORDER** 📑<br>*RESULT:* Order 10/31/2022 HON JOSEPH SHORTALL | No |
| 110.02 | 12/05/2022 | C | **ORDER** 📑<br>*RESULT:* Off 12/5/2022 HON JOSEPH SHORTALL | No |
| 110.03 | 01/30/2023 | C | **ORDER** 📑<br>*RESULT:* Denied 1/30/2023 HON JOSEPH SHORTALL | No |
| 111.00 | 05/19/2022 | P | **OBJECTION TO MOTION** 📑<br>Objection to Motion for Hearing and Memorandum in Opposition to the<br>Motion to Dismiss<br>*RESULT:* Order 10/31/2022 HON JOSEPH SHORTALL | No |
| 111.01 | 06/09/2022 | C | **ORDER** 📑<br>*RESULT:* Continuance 6/9/2022 HON JOSEPH SHORTALL | No |
| 111.02 | 10/31/2022 | C | **ORDER** 📑<br>*RESULT:* Order 10/31/2022 HON JOSEPH SHORTALL | No |
| 112.00 | 08/31/2022 | P | **MOTION FOR SUMMARY JUDGMENT** 📑<br>*RESULT:* Granted 4/3/2023 HON JOSEPH SHORTALL | Yes |
| 112.01 | 02/17/2023 | C | **ORDER** 📑<br>*RESULT:* Off 2/17/2023 HON JOSEPH SHORTALL | No |
| 112.02 | 04/03/2023 | C | **ORDER** 📑<br>*RESULT:* Granted 4/3/2023 HON JOSEPH SHORTALL | No |
| 113.00 | 08/31/2022 | P | **MEMORANDUM IN SUPPORT OF MOTION** 📑 | No |
| 114.00 | 10/04/2022 | D | **MOTION FOR EXTENSION OF TIME** 📑<br>*RESULT:* Denied 10/24/2022 HON JOSEPH SHORTALL | No |
| 114.01 | 10/24/2022 | C | **ORDER** 📑<br>*RESULT:* Denied 10/24/2022 HON JOSEPH SHORTALL | No |
| 115.00 | 10/04/2022 | D | **MOTION TO COMPEL** 📑<br>*RESULT:* Denied 10/24/2022 HON JOSEPH SHORTALL | No |
| 115.01 | 10/24/2022 | C | **ORDER** 📑<br>*RESULT:* Denied 10/24/2022 HON JOSEPH SHORTALL | No |
| 116.00 | 10/05/2022 | D | **MOTION FOR EXTENSION OF TIME** 📑<br>Amend Motion for Extension of Time<br>*RESULT:* Denied 10/24/2022 HON JOSEPH SHORTALL | No |
| 116.01 | 10/24/2022 | C | **ORDER** 📑<br>*RESULT:* Denied 10/24/2022 HON JOSEPH SHORTALL | No |
| 117.00 | 10/12/2022 | P | **OBJECTION TO MOTION** 📑<br>Objection to Defendant's Motions 114.00, 115.00, 116.00<br>*RESULT:* Sustained 10/24/2022 HON JOSEPH SHORTALL | No |
| 117.01 | 10/24/2022 | C | **ORDER** 📑<br>*RESULT:* Sustained 10/24/2022 HON JOSEPH SHORTALL | No |
| 118.00 | 10/13/2022 | D | **OBJECTION** 📑 | No |
| 119.00 | 10/19/2022 | P | **OBJECTION TO MOTION** 📑<br>TO STRIKE AT 118.00 | No |
| 120.00 | 04/03/2023 | P | **MOTION FOR ORDER** 📑<br>FOR THE COURT TO TAKE JUDICIAL NOTICE OF JUDGMENT IN<br>FEDERAL COURT | No |
| 121.00 | 04/12/2023 | D | **OBJECTION** 📑 | No |

| 122.00 | 04/18/2023 | P | **MOTION FOR JUDGMENT-STRICT FORECLOSURE** 📄 | Yes |
| | | | *RESULT:* Order 1/22/2024 HON JOSEPH SHORTALL | |
| 122.01 | 04/28/2023 | C | **ORDER** 📄 | No |
| | | | *RESULT:* Off 4/28/2023 HON JOSEPH SHORTALL | |
| 122.02 | 07/24/2023 | C | **ORDER** 📄 | No |
| | | | *RESULT:* Off 7/24/2023 HON JOSEPH SHORTALL | |
| 122.03 | 10/23/2023 | C | **ORDER** 📄 | No |
| | | | *RESULT:* Off 10/23/2023 HON JOSEPH SHORTALL | |
| 122.04 | 12/01/2023 | C | **ORDER** 📄 | No |
| | | | *RESULT:* Order 12/1/2023 HON JOSEPH SHORTALL | |
| 122.05 | 01/22/2024 | C | **ORDER** 📄 | No |
| | | | *RESULT:* Order 1/22/2024 HON JOSEPH SHORTALL | |
| 122.50 | 01/22/2024 | C | **JUDGMENT OF FORECLOSURE BY SALE** | No |
| 123.00 | 04/26/2023 | P | **PRELIMINARY STATEMENT OF DEBT** 📄 | No |
| 124.00 | 04/27/2023 | P | **FORECLOSURE WORKSHEET JD-CV-77** 📄 | No |
| 125.00 | 04/27/2023 | P | **AFFIDAVIT OF DEBT** 📄 | No |
| 126.00 | 04/27/2023 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** 📄 | No |
| 127.00 | 04/27/2023 | P | **OATH OF APPRAISERS** 📄 | No |
| 128.00 | 04/27/2023 | P | **APPRAISAL** 📄 | No |
| 129.00 | 05/05/2023 | O | **MOTION TO INTERVENE** 📄 | No |
| | | | *RESULT:* Denied 5/30/2023 HON JOSEPH SHORTALL | |
| 129.01 | 05/30/2023 | C | **ORDER** 📄 | No |
| | | | *RESULT:* Denied 5/30/2023 HON JOSEPH SHORTALL | |
| 130.00 | 05/12/2023 | P | **OBJECTION TO MOTION** 📄 | No |
| | | | *RESULT:* Sustained 5/30/2023 HON JOSEPH SHORTALL | |
| 130.01 | 05/30/2023 | C | **ORDER** 📄 | No |
| | | | *RESULT:* Sustained 5/30/2023 HON JOSEPH SHORTALL | |
| 131.00 | 05/19/2023 | P | **FORECLOSURE WORKSHEET JD-CV-77** 📄 | No |
| 132.00 | 05/19/2023 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** 📄 | No |
| 133.00 | 05/30/2023 | O | **REPLY** 📄 | No |
| 134.00 | 06/02/2023 | O | **OBJECTION** 📄 | No |
| 135.00 | 07/19/2023 | P | **FORECLOSURE WORKSHEET JD-CV-77** 📄 | No |
| 136.00 | 07/19/2023 | P | **AFFIDAVIT OF DEBT** 📄 | No |
| 137.00 | 07/19/2023 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** 📄 | No |
| 138.00 | 10/19/2023 | P | **FORECLOSURE WORKSHEET JD-CV-77** 📄 | No |
| 139.00 | 10/19/2023 | P | **AFFIDAVIT OF DEBT** 📄 | No |
| 140.00 | 10/19/2023 | P | **OATH OF APPRAISERS** 📄 | No |
| 141.00 | 10/19/2023 | P | **APPRAISAL** 📄 | No |
| 142.00 | 12/14/2023 | P | **MOTION TO EXEMPT FROM DOCKET MANAGEMENT PROGRAM** 📄 | No |
| | | | *RESULT:* Order 12/14/2023 HON LISA MORGAN | |
| 142.01 | 12/14/2023 | C | **ORDER** 📄 | No |
| | | | *RESULT:* Order 12/14/2023 HON LISA MORGAN | |
| 143.00 | 12/22/2023 | D | **OBJECTION** 📄 | No |
| | | | *RESULT:* Overruled 1/22/2024 HON JOSEPH SHORTALL | |
| 143.01 | 01/22/2024 | C | **ORDER** 📄 | No |

*RESULT:* Overruled 1/22/2024 HON JOSEPH SHORTALL

| 144.00 | 01/16/2024 | P | FORECLOSURE WORKSHEET JD-CV-77 | No |
|--------|------------|---|---|----|
| 145.00 | 01/16/2024 | P | AFFIDAVIT OF DEBT | No |
| 146.00 | 01/16/2024 | P | AFFIDAVIT RE: ATTORNEY/COUNSEL FEES | No |
| 147.00 | 01/16/2024 | P | OATH OF APPRAISERS | No |
| 148.00 | 01/16/2024 | P | APPRAISAL | No |
| 149.00 | 02/29/2024 | P | NOTICE TO ALL PARTIES | No |
| 150.00 | 03/13/2024 | O | OATH OF APPRAISERS ! NEW | No |
| 151.00 | 03/13/2024 | O | APPRAISAL ! NEW | No |
| 152.00 | 03/13/2024 | O | OATH OF APPRAISERS ! NEW | No |

| Scheduled Court Dates as of 03/20/2024 | | | | |
|---|---|---|---|---|
| HHB-CV22-6071564-S - FREEDOM MORTGAGE CORPORATION v. CHOUNLAMONTRY, MIKE Et Al | | | | |
| # | Date | Time | Event Description | Status |
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information is displayed and is available for inquiry on this website for a period of time, one year to a maximum period of ten years, after the disposition date. To the extent that Connecticut Practice Book Sections 7-10 and 7-11 provide for a shorter period of time, this information will be displayed for the shorter period.

In accordance with the Federal Violence Against Women Act of 2005, cases involving relief from physical abuse (restraining orders), civil protection orders, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2024, State of Connecticut Judicial Branch

Page Created on 3/21/2024 at 6:54:18 AM

https://civilinquiry.jud.ct.gov/CaseDetail/PublicCaseDetail.aspx?DocketNo=HHBCV226071564S[3/21/24, 10:52:20 AM]

State of Connecticut

County of Hartford

SS: New Britain

3/22/2022

Exhibit C1
1 of 2

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I left a true and attested verified copy of the within original JD-CV-103 NOTICE, FORECLOSURE MEDIATION NOTICE TO HOMEOWNER OR RELIGIOUS ORGANIZATION, FORECLOSURE MEDIATION CERTIFICATE, APPEARANCE, FORECLOSURE MEDIATION NOTICE OF COMMUNITY-BASED RESOURCES, MEDIATION INFORMATION FORM, WRIT, SUMMONS, COMPLAINT, STATEMENT OF AMOUNT IN DEMAND and EXHIBIT at the usual place of abode of the within named Defendant

Mike Chounlamontry
243 Pond Street
New Britain, CT 06051

And afterwards, on the 22nd of March, 2022, I left a true and attested verified copy of the within original JD-CV-103 NOTICE, FORECLOSURE MEDIATION NOTICE TO HOMEOWNER OR RELIGIOUS ORGANIZATION, FORECLOSURE MEDIATION CERTIFICATE, APPEARANCE, MEDIATION INFORMATION FORM, FORECLOSURE MEDIATION NOTICE OF COMMUNITY-BASED RESOURCES, WRIT, SUMMONS, COMPLAINT, STATEMENT OF AMOUNT IN DEMAND and EXHIBIT at the usual place of abode of the within named Defendant

Outtama Chounlamontry
508 Main St.
Southington, CT 06489

The within is the original JD-CV-103 NOTICE, FORECLOSURE MEDIATION NOTICE TO HOMEOWNER OR RELIGIOUS ORGANIZATION, FORECLOSURE MEDIATION CERTIFICATE, APPEARANCE, MEDIATION INFORMATION FORM, FORECLOSURE MEDIATION NOTICE OF COMMUNITY-BASED RESOURCES, WRIT, SUMMONS, COMPLAINT, STATEMENT OF AMOUNT IN DEMAND and EXHIBIT with my doings hereon endorsed.

Case: 87589 , Return 0

**Fees:**

| | |
|---|---|
| Service | $80.00 |
| Copies/Pages | $40.00 |
| 35 Miles | $20.48 |
| Endorsements | $2.80 |
| **Total Fees** | **$143.28** |

Attest

John T. Fiorillo
Connecticut State Marshal
Hartford County

Exhibit C1

2 of 2

Case: 87589 , Return 0

Exhibit D

1 of 15

In care of"
Mike Chounlamontry(State Citizen) *et al*
243 Pond St
New Britain, Connecticut 06051
May 6, 2022

# IN THE U. S. DISTRICT COURT FOR THE DISTRICT CONNECTICUT

| | | |
|---|---|---|
| **Mike Chounlamontry** *et al*<br>243 Pond St<br>New Britain, Connecticut 06051<br>Plaintiff<br><br>V<br><br>**Dominick Neveux**<br>**Bendett & McHugh, P.C.**<br>270 Farmington Avenue, Suite 151<br>Farmington, Connecticut 06032<br><br>**William Tong**<br>**CONNECTICUT ATTORNEY GENERL**<br>165 Capital Avenue<br>Hartford, Connecticut 06106<br><br>**FREEDOM MORTGAGE CORPORATION**<br>Stan Moskowitz,CFO<br><br>**Bendett & McHugh, P.C.**<br>270 Farmington Avenue, Suite 151<br>Farmington, Connecticut 06032<br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO: 3: 22CV577SRU<br><br>Notice<br>not a motion |

## JURISDICTIONAL CHALLENGE
## WITH AFFIDAVIT

["Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

**Mike Chounlamontry,** "State Citizen" by limited appearance to this matter in this court of record with clean hands, without prejudice and with all rights reserved including UCC 1-308 in dealing with this court, in pro per, sui juris (NOT PRO SE), have not seen any evidence that proves how this court got its jurisdiction.

**Mike Chounlamontry,** "State Citizen," has the right to challenge the jurisdiction of any court that attempts to force compliance with its deceptive practices, procedures, rules, and word-

smithing at any time, and this right has been upheld by numerous decisions by the Supreme Court of the United States. Once jurisdiction has been challenged, it is the mandatory obligation of the opposing party to prove the basis of the court having jurisdiction to proceed in the matter before it, and until that has been put on the Record of the court, the court can proceed no further.

Further, the Supreme Court of the United States has ruled that jurisdiction can be **challenged at any time** even as much as 15 (fifteen) years after a judgment has been entered. Decisions of the Supreme Court of the United States are _mandatory requirement to be complied with by all courts_, state and federal and leave those courts no discretion as to whether or not to comply. The following Supreme Court cases set out the mandatory requirements that must be complied with.

"Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action." **Melo v. US**, 505 F2d 1026.

"Where there is no jurisdiction over the subject matter, there is no discretion to ignore that lack of jurisdiction**."** **Joyce v. US,** 474 F2d 215.

"Generally, a plaintiff's allegations of jurisdiction are sufficient, but when they are questioned, as in this case, the burden is on the plaintiff to prove jurisdiction." **Rosemond v. Lambert**, 469 F2d 416.

"Judgment rendered by court which did not have jurisdiction to hear cause is void ab initio." **In Re Application of Wyatt**, 300 P. 132; **Re Cavitt**, 118 P2d 846.  "It is elementary that the first question which must be determined by the trial court in every case is that of jurisdiction." **Clary v. Hoagland**, 6 Cal.685; **Dillon v. Dillon**, 45 Cal. App. 191,187P. 27.


The **response** from the **Party/Petitioner/Plaintiff** asserting proper jurisdiction throughout this case must be made on a point by point basis for **all** the moving **Party/Petitioner/Plaintiff** actions, filings and motions are true and correct in relation to the proper State laws, codes, rules, regulations, statutes used to conduct this case that proper jurisdiction was always maintained from the record including the incomplete summons.

"A departure by a court from those recognized and established requirements of law,

Exhibit D

3 of 15

however close the apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is as much an "excess of jurisdiction" as where there exists an inceptive lack of power." ***Wuest v. Wuest***, 53 Cal. App. 2d 339, 127P.2d 934.

"A court has no jurisdiction to determine its own jurisdiction for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." ***Rescue Army v. Municipal Court of Los Angeles***, 171 P2d; 331 US 549, 91 L. ed. 1666, 67 S. Ct. 1409.

"Where there is no jurisdiction, there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea." 10 Coke 68; also ***Bradley v. Fisher***, 13 Wall 335,351." ***Manning v. Ketcham***, 58 F.2d 948.

"A distinction must be here observed between **excess of jurisdiction** and the clear absence of all jurisdiction over the subject-matter any authority exercised is a **usurped authority**, and for the exercise of such authority, when the **want of jurisdiction is known** to the judge, **no excuse** is permissible." *Bradley v.Fisher*,13 Wall 335, 351, 352.

"Plaintiffs bear the burden of establishing subject matter jurisdiction." *KNAPP MEDICAL CENTER, et al. v. Eric D. HARGAN*, 875 F.3d 1125, (2017).

"**Jurisdiction**, once challenged, **is to be proven**, not by the court, but **by the party attempting to assert jurisdiction**. The burden of proof of jurisdiction lies with the asserter. The court is only to rule on the sufficiency of the proof tendered." *McNutt v. GMAC*, 298 US 178. [Emphasis added]. The origins of this doctrine of law may be found in Maxfield's Lessee V Levy, 4 US 308.

In a very recent decision, the Supreme Court unequivocally stated in *James v. City of Boise Idaho*, 136 S. Ct. 685 (2016):

"It is this Court's responsibility to say what a [federal] statute means, and once the Court has spoken, it is the duty of other courts to respect that understanding of the governing rule of law." *Nitro–Lift Technologies, L.L.C. v. Howard,* 568 U.S. ——, ——, 133 S.Ct. 500, 503, 184 L.Ed.2d 328 (2012) (*per curiam* ) (quoting *Rivers v. Roadway Express, Inc.,*511 U.S. 298, 312, 114 S.Ct. 1510, 128 L.Ed.2d 274 (1994) (internal quotation marks omitted). And for good reason. As Justice Story explained 200 years ago, if state courts were permitted to disregard this Court's rulings on federal law, "the laws, the treaties, and the constitution of the United States

would be different in different states, and might, perhaps, never have precisely the same construction, obligation, or efficacy, in any two states. The public mischiefs that would attend such a state of things would be truly deplorable." *Martin v. Hunter's Lessee,* 1 Wheat. 304, 348, 4 L.Ed. 97 (1816)."

The court also said:

"The Idaho Supreme Court, **like any other state or federal court, is bound by this Court's interpretation of federal law**" [emphasis added]

**Mike Chounlamontry, "State Citizen"** at this time makes that challenge and demands that THE U. S. DISTRICT COURT FOR THE DISTRICT CONNECTICUT, order the so-called Parties; **Dominick Neveux, Bendett & McHugh, P.C., and Freedom Mortgage Corporation,** Defendants, in this case but, are the Plaintiffs, in the case they file in, THE SUPERIOR COURT J.D. OF NEW BRITAIN, CASE NO: HHB-CV-22-6071564-S, to provide direct evidence and proof on the Record that THE SUPERIOR COURT J.D. OF NEW BRITAIN, *is* a judicial power court which was created by the Constitution for the State of Connecticut, and operates in compliance with all of the provisions of the Constitution for the United States of America.

The Court would lack jurisdiction being that there is evidence to support the  improperly contrived subject matter by proper legislative process; and the Eleventh Amendment of the United States Constitution removed all "judicial power" in law, equity, treaties, contract law and the right of the State to bring suit against the People, therefore I, **Mike Chounlamontry,** "State Citizen" now challenge jurisdiction for the record.

**Standing must also be proven to show jurisdiction.** In order to file a case in court, litigants must have "standing" to sue. To have standing, Supreme Court doctrine requires that parties have an "injury in fact." This injury must be specific and concrete - rather the speculative and abstract. Standing requires the violation of a legal right that causes damage. "A plaintiff must allege personal injury fairly traceable to the defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." Allen v. Wright, 468 U.S. 737, 751 (1984)

All orders or judgments issued by a judge in a court of limited jurisdiction must contain the findings of the court showing that the court has subject-matter jurisdiction, not allegations that the court has jurisdiction.

Any explanations to the above-mentioned matters **MUST** be done on a point by point basis with verified facts that are referenced in law, Legislative acts, Federal and/or State constitutions. The **response** from the **Party/Petitioner/Plaintiff** asserting proper jurisdiction must be sworn to under the penalties of perjury of the United States of America that response is true and correct, certified by notarization, and must be able to be understood by any reasonable man/woman could understand.

Pleadings of this Party SHALL NOT BE dismissed for lack of form or failure of process. All the pleadings are as any reasonable man/woman would understand, and in support of that claim I submit the following:

"*And be it further enacted. That no summons, writ, declaration, return, process, judgment, or other proceedings in civil cases in any of the courts or the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects or want of form in such writ, declaration, or other pleading, returns, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time, permit either of the parties to amend any defect in the process of pleadings upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe. (a)*" *Judiciary Act of September 24th, 1789*, Section 342, FIRST CONGRESS, Sess. 1, ch. 20,1789.

# **AFFIDAVIT**

State of Connecticut    )

        ) **ss.**   *TO ALL TO WHOM THESE PRESENTS SHALL COME*

county of Hartford    )


I, Mike Chounlamontry, "State Citizen", Affiants, who goes by the appellation, of Man, standing as an Inhabitant on Hartford the county, Connecticut the land, non-territorial to the United States and therefore without the United States, being of sound mind, and over the age of twenty-one,

Exhibit D

6 of 15

reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of Maryland, in good faith, with no intention of delaying, nor obstructing, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and say:

1. I, Mike Chounlamontry, "State Citizen", declare, that I am competent to state to the matters set forth herein; and

2. I, Mike Chounlamontry, "State Citizen", declare I have personal knowledge of the facts stated herein; and

3. I, Mike Chounlamontry, "State Citizen", declare the original contract was altered, copied, or stolen; and

4. I, Mike Chounlamontry, "State Citizen", declare there was an addition to the agreement with the following items that are not showing on the contract filed in this case.

   a) The intent of the agreement was the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money,

   b) The bank or financial institution involved in the alleged loan will follow GAAP,

   c) The lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

   d) The borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument,

   e) The borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP.

   f) The original written agreement gives full disclosure of all material facts.

5. I, **Mike Chounlamontry,** "State Citizen", declares the original contract will show the

bank agreed that I could repay using another IOU- promissory note payable in the same species of money, money equivalent or credit or funds or capital that the bank or financial institution used per GAAP to fund the loan; and

6. I, **Mike Chounlamontry,** "State Citizen", declare damages because the note was copied, altered, or stolen; and

7. I, **Mike Chounlamontry,** "State Citizen", declare that my signature cannot testify that the bank lent me the any moneys to purchase the borrower's promissory note; and

8. I, Mike Chounlamontry, "State Citizen", declare the Freedom Mortgage Corporation, failed to provide the court adequate assurance of due performance; and

9. I, **Mike Chounlamontry,** "State Citizen", declare that Freedom Mortgage Corporation, did not give me a deposit slip in violation of 12 USCA Sec 1813; and

10. I, **Mike Chounlamontry,** "State Citizen", declare if the court does not have on record what the bookkeeping entries are, the attorney cannot prove they performed under the agreement and funded the loan to me; and

11. I, **Mike Chounlamontry,** "State Citizen", declare that all the facts stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness I will testify to their veracity; and

12. I, **Mike Chounlamontry,** "State Citizen", declare that I instructed Arthur of the family Wittenberg, who's been operating as my Trustee, to extinguish and zero the debt of the original Promissory Note, in the amount of $211,529.43, in favor of; Freedom Mortgage Corporation, associated with the loan instrument number: 0108718925, who's check and Tender with silver coins, was received by Freedom Mortgage Corporation,Stan Moskowitz, CFO, 907 Pleasant Valley Avenue suite 3, Mt. Laurel, NJ 08054, yet the bank and it's council refused to mention that fact. and.

13. I, **Mike Chounlamontry,** "State Citizen", declare that I am not in receipt of any evidence

or other material facts that **THE SUPERIOR COURT J.D. OF NEW BRITAIN,** or any/all aliases of this name, is not a lower federal district court limited in jurisdiction to only those areas which are federal enclaves, and I believe that no contrary evidence exists; and

14.    I, **Mike Chounlamontry,** "State Citizen", declare that I am not in receipt of any evidence or other material facts that **THE SUPERIOR COURT J.D. OF NEW BRITAIN, County, Hartford,** or any/all aliases of this name, is not without *in personam* jurisdiction over **Mike Chounlamontry,** "State Citizen", one of the People of Connecticut, and I believe that no contrary evidence exists; and

15.    I, **Mike Chounlamontry,,** "State Citizen", declare that I am not in receipt of any evidence or other material facts that **THE SUPERIOR COURT J.D. OF NEW BRITAIN, Connecticut** or any/all aliases of this name, does not have the ability to obtain jurisdiction over one of the People of Connecticut, or the property of one of the People of Connecticut, and I believe that no contrary evidence exists; and

16.    I, **Mike Chounlamontry,** "State Citizen", declare that I am not in receipt of any evidence or other material facts that **THE SUPERIOR COURT J.D. OF NEW BRITAIN,** or any/all aliases of this name, is not limited in authority to only administrative power over the artificial entity/legal person, **Mike Chounlamontry,** "State Citizen", and I believe that no contrary evidence exists; and

17.    I, **Mike Chounlamontry,** "State Citizen", declare that I am not in receipt of any evidence or other material facts that **THE SUPERIOR COURT J.D. OF NEW BRITAIN** or any/all aliases of this name, is not an administrative power only court, which is masquerading as a judicial power court, which was created by the LEGISLATURE OF STATE OF CONNECTICUT, and I believe that no contrary evidence exists; and

18.    I, Mike Chounlamontry, "State Citizen", declare that I am not in receipt of any evidence

or other material facts that judicial power courts, **THE SUPERIOR COURT J.D. OF NEW BRITAIN** is not created only by the Constitution for the State of **Connecticut,** and I, believe that no contrary evidence exists; and

19.    I, **Mike Chounlamontry,** "State Citizen", declare that I am not in receipt of any evidence or other material facts that the LEGISLATURE OF STATE OF CONNECTICUT, is not powerless to create judicial power courts, and I believe that no contrary evidence exists; and

20.    I, **Mike Chounlamontry,** "State Citizen", declare that I am not in receipt of any evidence or other material facts that **THE SUPERIOR COURT J.D. OF NEW BRITAIN** or any/all aliases of this name, is not an administrative power only court created for commercial purposes by the LEGISLATURE OF THE STATE OF **CONNECTICUT,** acting as an instrumentality of the United States, and I believe that no contrary evidence exists; and

21.    I, **Mike Chounlamontry,** "State Citizen", declare that I am not in receipt of any evidence or other material facts that **THE SUPERIOR COURT J.D. OF NEW BRITAIN** or any/all aliases of this name, is not an administrative power only court forcing compliance with its Orders by use of armed mercenary police actions, and I believe that no contrary evidence exists; and

22.    I, **Mike Chounlamontry,** "State Citizen", declare that I am not in receipt of any evidence or other material facts that THE SUPERIOR COURT J.D. OF NEW BRITAIN or any/all aliases, is not by the actions of said court directly violating the rights held by the People under the Constitution for the State of Connecticut, through said court's use of deceptive practices, procedures, rules, and word-smithing, and I believe that no contrary evidence exists; and

23.    I, Mike Chounlamontry, "State Citizen", declare that I am not in receipt of any evidence

or other material facts that there is any person holding themselves out as a judge for THE SUPERIOR COURT J.D. OF NEW BRITAIN, who has not taken the proper oath for a state judicial officer, which is required to be taken by Act of Congress, as set out at 1 Stat. 23, which reads:

"SEC. 1. *Be it enacted by the Senate and [House of] Representatives of the United States of America in Congress assembled,* That the oath or affirmation required by the sixth article of the Constitution of the United States, shall be administered in the form following, to wit: "I, *A. B.* do solemnly swear or affirm (as the case may be) that I will support the Constitution of the United States."

SEC. 3. *And be it further enacted,* That the members of the several State legislatures, at the next sessions of the said legislatures, respectively, and all executive and judicial officers of the several States, who have been heretofore chosen or appointed, or who shall be chosen or appointed before the first day of August next, and who shall then be in office shall within one month thereafter, take the same oath or affirmation, except where they shall have taken it before; which may be administered by any person authorized by the law of the State, in which such office shall be Holden, to administer oaths." [Emphasis added]

and I believe that no contrary evidence exists; and

24.    I, Mike Chounlamontry, "State Citizen", declare that I am not in receipt of any evidence or other material facts that THE SUPERIOR COURT J.D. OF NEW BRITAIN, or any/all aliases of this name, is not committing unlawful acts by claiming authority beyond its jurisdiction when it orders to pay fines of the People of Connecticut, state, and I believe that no contrary evidence exists; and

25.    I, Mike Chounlamontry, "State Citizen", declare that I am not in receipt of any evidence or other material facts that when the CONNECTICUT ATTORNEY GENERAL'S OFFICE / THE SUPERIOR COURT J.D. OF NEW BRITAIN, or any/all aliases of this name, refuses to rebut this Affidavit, point by point on the Court Record, that said Court is not committing intentional and malicious violations of civil rights against Mike

Chounlamontry, "State Citizen", one of the People of the Republic State of Connecticut, and I believe that no contrary evidence exists; and

26. I, Mike Chounlamontry, "State Citizen", declare that I am not in receipt of any evidence or other material facts that there does not exist a clear absence of all jurisdiction in THE SUPERIOR COURT J.D. OF NEW BRITAIN, and I believe that no contrary evidence exists.

27. I, Mike Chounlamontry, "State Citizen":, declare the Official Code or Statute of Connecticut Annotated or OCCT, they are trying to used to Foreclose against me to take my property are unnamed and missing the 3 elements necessary to be considered a valid law.

28. I, Mike Chounlamontry, "State Citizen", declare the codes/statutes show no signs of authority on their face as recorded in the Official Code or Statute of Connecticut Annotated or OCCT.

29. I, Mike Chounlamontry, "State Citizen", declare the Constitution and the Supreme Court of Connecticut, asserted that a statute/codes must have an **enacting clause**.

30. I, Mike Chounlamontry, "State Citizen", declare the Constitution stated that "The **enacting clause** is that portion of a code or statute which gives it jurisdictional identity and constitutional authenticity." Joiner v. State.

31. I, Mike Chounlamontry, "State Citizen", declare without an enacting clause, the laws referenced in the complaints have no official evidence that they are from an authority to which I am, or is, subject to or required to obey.

FURTHER AFFIANT SAITH NOT.

Exhibit D
12 of 15

I, declare under the penalty of bearing false witness before God and Men as recognized under the laws in and for The State of Connecticut, the Laws of the United States of America and the Law of Nations, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that Mike Chounlamontry, "State Citizen", executes this document in accordance with Mike Chounlamontry, "State Citizen", best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice. As done this _____ day of May, in the year 2022, under penalty of perjury under the laws of the United States of America.

L.S. _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      By: Mike Chounlamontry,, "State Citizens"

Duly sworn this _____ day of April, 2022

STATE OF CONNECTICUT     )

                       )    **JURAT**

COUNTY OF HARTFORD     )

Before me the undersigned, a Notary acting within and for the County of Hartford, and State of Connecticut, on this ___ , day of May, 2022, personally appeared and known to me - OR - proved to me on the basis of satisfactory evidence to be the person whose names is subscribed to the within instrument, to be the identical Man, Mike Chounlamontry, "State Citizen", who being duly sworn, declared the above to be true, correct, and not meant to mis-lead, to the best of his firsthand knowledge, understanding, and belief, by his free will and voluntary act and deed by his signature on the foregoing document, executed the within instrument.

Given under my hand and seal this _____ day of May, 2022.

_____

Exhibit D
13 of 15

Notary Signature                                    Seal

_____

Printed Notary Name

My commission expires _____

## CONCLUSION with DIRECTIVE

WHEREFORE, **Mike Chounlamontry,** "State Citizen", having duly challenged, CASE NO: HHB-CV-22-6071564-S, jurisdiction and claim of Parties, in the case filed, the judicial power of **THE SUPERIOR COURT J.D. OF NEW BRITAIN,** does now demand and direct this Court to order the now Defendant and Plaintiff, in said cause to prove on the Record of this instant case that the Declarations of **Mike Chounlamontry,** "State Citizen", are invalid and to prove that the Court was created by the Constitution for the State of Connecticut, holding judicial power, and that the judges who have presided over this case prove by certified archival documents that they had on file the required oath set forth by Act of Congress as I State, in (line 23) before they issued the orders, which said judges claim to have judicial power to issue and to have enforced by any law enforcement agency. Mike Chounlamontry, "State Citizen", serves Administrative/Judicial Notice on this Court, that unless and until the above Affidavit is rebutted in its entirety, point by point, it stands as the Law of this instant case. Pursuant to *Melo* **v.** *US*, this Court **must**, once jurisdiction has been challenged, as it now has been, **halt all further proceedings and stay all Orders/Writs that this Court has issued**. Further, this Court shall issue an Order to the now Defendant, and Plaintiff, in the case number: HHB-CV-22-6071564-S, to prove jurisdiction on the Record for this case and rebut the above Affidavit, point by point, within **15 days** of the filing of this Challenge of Jurisdiction. Should this Court refuse to issue such order to the Defendant, this Court admits on the Record of this case, that all orders which have been issued by any alleged judge of the Court in this instant case are VOID, not merely

voidable.  And, should this Court refuse to issue an order declaring **all Orders in this case VOID**, that such refusal or silence is a Tacit admission that the Court is intentionally and maliciously violating the unalienable civil rights of, **Mike Chounlamontry**, "State Citizen", one of the People of Connecticut; and further, this Court, as a result of its Tacit admission agrees, that a Civil Rights complaint, against all perpetrators of the violations, would be an appropriate action.

**Approve as to form**

_____,

By: Mike Chounlamontry, "State Citizens"

## VERIFICATION

I, **Mike Chounlamontry,** "State Citizen", a Connecticut, "State Citizen" and one of the People of Connecticut, makes this Verification based on personal knowledge of matters set forth herein and appearing without waiving any rights or remedies, being competent in mind and body to testify, do hereby declare, verify and affirm that the facts stated herein are true, correct, and complete in all material fact, not misrepresented based on my own knowledge to the best of my current information, knowledge and belief under the penalty of perjury of the laws of the United States of America and the laws of **Connecticut,** and is admissible as evidence in a court of law or equity, except as to those matters that are therein made upon information and belief, and as to those claims or facts, I believe them to be true and admissible as evidence, and if called upon as a witness, I will testify as to the veracity of my statements.

Entered this _____ day of _____, April, 2022.


_____
Mike Chounlamontry, "State Citizen"


_____
Notary Signature                                    Seal


_____
Printed Notary Name

Exhibit D
15 of 15

My commission expires _____

## CERTIFICATE OF SERVICE

Wherefore, Defendant hereby certify that a true copy of the foregoing has been furnished, by USPS 1st Class Certified Mail postage prepaid, this 8th, day of APRIL 2022 and fax to the Attorney General For the State of Connecticut, William Tong at 860-808-5318 on this     , day of May,2022, to the Court Clerk and the attorney of record.

CONNECTICUT ATTORNEY GENERL OFFICE
**William Tong**
165 Capital Avenue
Hartford, Connecticut 06106

Serve

**Dominick Neveux**
**Bendett & McHugh, P.C.**
270 Farmington Avenue, Suite 151
Farmington, Connecticut 06032

**Bendett & McHugh, P.C.**
270 Farmington Avenue, Suite 151
Farmington, Connecticut 06032

FREEDOM MORTGAGE CORPORATION,
Stan Moskowitz, CFO
907 Pleasant Valley Avenue suite 3
Mt. Laurel, NJ 08054

Mailed by

_____
Mike Chounlamontry

Exhibit E
1 of 5

## Conditional Acceptance

From: Wittenberg, Arthur, agent, Trustee
c/o rural route delivery
701 loyola avenue, unit 57867
new orleans, louisians 00000

For   Mike: of the family Chounlamontry, beneficiary
c/o
432 Pond st.
New Britain, Connecticut [06051]

To:   The Trustee and their principals (notice of agent is notice to principal, notice to
principal, is notice to agent):

1.    Stan: Family of Moskowitz, CFO
Executive of FREEDOM MORTGAGE CORPORATION,
907 Pleasant Valley Avenue, Suite 3
Mt. Laurel, NJ 08054
Certified mail, return receipt #

With completion of service and designation of Witnesses To:

1.    Merrick -E: Family of Garland, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue. NW
Washington, DC 20530-0001
Certified mail, return receipt #

2.    William: Family of Tong, Connecticut States Attorney General
165 Capital Avenue
Hartford, Connecticut o6o32

### ALL COPIES MAILED WILL BE ORIGINAL WET SIGNATURES (AUTOGRAPHS) BY MY HAND NOTARIZED INDIVIDUALLY

REGARDING: Alleged FREEDOM MORTGAGE CORPORATION, financial debt on
account number: 201706300049989. All original communication is inclosed with
document headed to Stan: Family of Moskowitz, CFO, Executive of FREEDOM
MORTGAGE CORPORATION, location as they are a lending and debt collection agency
- At this time there is No dispute current or active involving Your Offer and acceptance is
contingent on the conditions in this affidavit.

$

Be It Known: "The Conditional Acceptance" to your Offer establishes a Common Law Contract between us under the Postal rule, which states:

"The Postal rule (also known as mailbox rule or "deposited acceptance rule") is a term of common law-contract which determines the timing of acceptance on an offer when mail is contemplated as the medium of acceptance. The general principle is that a contract is formed when acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The mailbox rule provides that the contract is formed when a property prepaid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as implied agent and thus receipt of the acceptance by the post office is regarded as that of the offer. The main effect of the mailbox rule is that the risk of acceptance being delivered late or lost in the post is placed upon the offeror. If the offeror is reluctant to accept this risk, he can always require actual receipt being legally bound."

Section A- Definitions:

Consideration - Black's Law 4th Edition:

Consideration is not to be confounded with motive. Consideration means something which is of value in the eyes of the law, moving from the Plaintiff, either of benefit to the Plaintiffs of detriment to the Defendant. Patterson, J., in Langd.Sel.Cas.Contr. 168; s.c. 2 Q.B. 851: Miller v. Bank of Holy Springs, 131 Miss, 55, 95 So. 129,130, 31 A.L.R. 698. "Nothing is consideration that is not regarded as such by both parties." Schlecht v. Schlecht, 168 Minn. 168, 209 N.W. 883,887. And "price" and "consideration" though sometimes the same, are not always identical. Oregon Home Builders v. Crowley, 87 Or. 517, 170 P. 718, 721.

The "inducement" for a contract is that which influence the act, while "consideration" means the parting with something by the one from whom it moves. E.F. Spears & Son v. Winkle, 186 Ky. 585, 217 S.W. 691, 692.

Any benefit conferred, or agreed to be conferred, upon the promisor, by any other person, to which the promisor is not lawfully entitled, or any prejudice suffered, or agreed to be suffered, by such person, other than such as he is at the time of consent lawfully bound to suffer, as an inducement to the promisor. Hence doing only of what one is already under obligation to do is not "consideration" for a contract. Hogan v. Supreme Camp of the American Woodmen, 146 Fla. 413, 1 So.2d. 256, 258.

Any act of the Plaintiff (or the promisee) from which the Defendant (the promisor) or a stranger derives a benefit or advantage, or any labor, detriment, Jar inconvenience sustained by the Plaintiff, however small, if such act is performed or inconvenience suffered by the Plaintiff by the consent, express or implied, of the Defendant. 3 Scott 250.

Exhibit E

3 of 5

A benefit to the promisor, or a loss or detriment to the promisee. Harris v. Johnson, 75 Wash. 291, 134 P. 1050; Fowler v. Smith, 24 Ohio App. 324, 156 N.E. 913, 914. Or benefit to a third party. Wellshire Land Co. v. City and County of Denver, 103 Colo. 416, 87 P.2d 1. But nothing is "consideration" that regarded as such by both parties. Michael v. Holland, 111 ind. App. 34, 40 N.E.2d 362, 365.

Some right, interest, gain, advantage, benefit, or profit to one party, usually the promisor, or some forbearance, detriment, prejudice, inconvenience, disadvantage, loss, or responsibility, act, or service given, suffered, or undertaken by the promisee. Exum v. Lynch, 125 S.E. 15, 17, 188 N.C. 392; Furman University v. Waller, 117 S.E. 356, 358, 124 S.C. 68, 33 A.L.R. 615; Robinson v. Oliver, 156 N.Y.S 896, 171 App. Div. 349; L.R. 10 Ex. 162; Train v. Gold. 5 Pick. (Mass.) 380; Bankers Trust Co. v. Economy Coal Co. 224 Iowa 36, 276 N.W. 16, 20.

Failure of Consideration - Black's Law 4th Edition:

FAILURE OF CONSIDERATION. As applied to notes, contracts, conveyances, etc., this term does not mean a want of consideration, but implies that a consideration, originally existing and good, has since become worthless or has ceased to exist or been extinguished, partially or entirely. Shirk v. Neible, 156 ind. 66, 59 N.E. 281, 83 Am.St.Rep. 150; Williamson v. Cline, 40 W.Va. 194, 20 S.E. 920.

It means that sufficient consideration was contemplated by the parties at the time the contract was entered into, but either on account of some innate defect in the thing to be given or nonperformance in whole or in part of that which the promisee agreed to do or forbear nothing of value can be or is received by the promisee. Holcomb v. Long Beach Inv. Co., 129 Cal.App. 285, 19 P.2d 31, 36.

"Failure of Consideration" embraces transactions or instances where no consideration was intended to pass while "failure of consideration" implies that a valuable consideration moving from obligee was contemplated. In re Conrad's Estate, 333 Pa. 561, 3 A.2d 852, 854.

There is "want of consideration" when nothing of value has ever been received, and "failure of consideration" where something of value was originally received which has since loss it's value. Columbia Restaurant v. Sadnovick, La.App., 157 So. 280, 282.

**Section B - Facts and Events:**

1. On July 17, 2019, Lawful TENDER, of $ 3.00) silver coins, and check in the amount of 45,289.29, was received by then CFO, Lauren Lloyd, and No payments were needed after that time but your office is still requesting payments be made.

Exhibit E

4 of 5

**Section C - Conditions for Acceptance:**

1.    Please provide a detailed breakdown as to exactly how this debt was calculated to be tables, exact mathematical equations, etc.

2.    Please provide evidence of consideration, beyond any reasonable doubt, that equals or exceeds all money paid into this account throughout the life of the debt in relation to the account.

3.    Provide evidence showing, beyond a shadow of doubt, that there is no "want of consideration" as regards to this account.

4.    As per my rights under the FDCPA, please provide the following items for evidence towards claims of this debt:
    a.    Proof that NFCU, owns this debt or has been assigned this debt.
    b.    Full and complete history since the inception of said account including all fees added from origination until present.
    c.    Cease all communication or attempts to collection of this debt until all conditions in this Conditional Acceptance have been met.
    d.    Positive proof that this debt is owed (not simply a computer printout).
    e.    Any other aspects of the FDCPA that need to be show in order for a debt to be considered validated.

"Please have all the above points sent back as a notarized affidavit of truth by an individual human swearing under oath the truth, accuracy and validity of each point.

"Precedent has already been set that until this debt is fully validated, legal action is not permitted - *Spears v. Brennan*

**Section D - Limitation of time**

From the point of signature of receipt of this Conditional Acceptance, as per the post code listed above, you have 30 days from receipt to fully address each of the above points, points-by-points, otherwise this matter will be considered settled and PAID in full with regards to account: NUMER HERE. After 30 days, if no response is given, then please send receipt indicating a zero balance, and the account PAID IN FULL.

If additional time is need please do not hesitate to inquire for additional time via email to myself or my Trustee and my approval will need to be IN WRITING to be considered an official extension of time (either via email or letter).

Avouchment

Exhibit E

5 of 5

I, WE Eugene- of the family Harris II, do hereby avow that bases upon my firsthand knowledge and information relayed to me from research, this "Conditional Acceptance" is true' accurate and correct the best of my knowledge, information and belief and conveys the conditions set forth as intended by me.

_____

Chounlamontry :Mike, beneficiary
UCC 3-108



Exhibit F

1 of 1

2



Exhibit G

1 of 1



In the words of Porky Pig; That's all folks